IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN MARVIN BALLARD,

    Petitioner,                   No. CIV S-07-2527 LKK DAD P

    vs.

UNITED STATES OF AMERICA,

    Respondent.               ORDER

_____/

Petitioner is currently an inmate at the Sacramento County Main Jail. He has filed a petition for a writ of error coram nobis[1] seeking to challenge his judgment of conviction, entered in this court on federal charges involving traveling in interstate commerce for the purpose of committing sexual acts with a minor in violation of 18 U.S.C. § 2423. See United States v. Ballard, CR.-S-99-0050 DFL. Petitioner has not submitted the $5.00 filing fee or an affidavit in

/////

---

[1] Coram nobis is an extraordinary writ that usually is available only to petitioner's who have fully served their sentences. See United States v. Montreal, 301 F.3d 1127, 1131-32 (9th Cir. 2002), cert. denied, 537 U.S. 1178 (2003). To warrant coram nobis relief, the petitioner must establish that: (1) a more usual remedy is not available; (2) valid reasons exist for not attacking the conviction earlier; (3) adverse consequences exist from the conviction sufficient to satisfy the case or controversy requirement of Article III; and (4) the error is of a fundamental character. See Matus-Leva v. United States, 287 F.3d 758, 760 (9th Cir. 2002).

1

support of a request to proceed in forma pauperis.  Petitioner will be provided the opportunity to either submit the appropriate affidavit or the appropriate filing fee.

Petitioner has requested the appointment of counsel.  There currently exists no absolute right to appointment of counsel in coram nobis proceedings.  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require."  In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in the dismissal of this action;

2. Petitioner's May 14, 2008 request for the appointment of counsel is denied without prejudice; and

3. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

DATED: June 20, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
ball2527.101