```
                    UNITED STATES DISTRICT COURT

              FOR THE EASTERN DISTRICT OF CALIFORNIA


JOHN MARVIN BALLARD,
                                     NO. CIV. S-07-2527 LKK/DAD P
          Plaintiff,

     v.
                                          O R D E R
UNITED STATES OF AMERICA,

          Defendant.
                                    /
```

Petitioner is proceedings *pro se* and has petitioned for a writ of coram nobis. Pending before the court is the plaintiff's motion for reconsideration of the magistrate judge's June 20, 2008 order requiring plaintiff to submit an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee and denying plaintiff's request for the appointment of counsel.

Pursuant to Eastern District of California Local Rule 72-303(f) and 28 U.S.C. § 636(b)(1)(A), a magistrate judge's order shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's rulings were clearly erroneous or

1

contrary to law.[1] The June 20, 2008 order is, therefore, affirmed.

Accordingly, plaintiff's request for reconsideration (docket no. 7) is DENIED.

IT IS SO ORDERED.

DATED: August 25, 2008.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] The plaintiff also takes issue with the fact that the magistrate judge issued any order in this case, given that plaintiff declined to proceed before the magistrate judge. Plaintiff's concern is misplaced, as the magistrate judge has authority to hear and determine all pretrial matters in civil cases and dispositive and non-dispositive motions where all plaintiffs or all defendants are proceeding in propria persona. See Local Rules 72-302(c)(21), 72-303(a).

2