IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN MARVIN BALLARD,

    Petitioner,                   No. CIV S-07-2527 LKK DAD P

    vs.

UNITED STATES OF AMERICA,

    Respondent.                <u>ORDER</u>

        Petitioner is an inmate at the Sacramento County Main Jail and is proceeding with a petition for a writ of error coram nobis. On June 26, 2008, the court ordered petitioner to submit the filing fee or an application to proceed in forma pauperis. On August 25, 2008, the assigned District Judge denied petitioner's request for reconsideration. Petitioner still has not filed his application to proceed in forma pauperis; however, in his letter filed with the court on July 22, 2008, petitioner requested another in forma pauperis application form. The court will provide petitioner with one final opportunity to submit the application. Petitioner is advised that he does not need to submit a copy of his inmate trust account statement or to obtain the signature of a jail official to complete the application.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's July 22, 2008 letter requesting additional time to file his application to proceed in forma pauperis (Doc. No. 8), is granted;

2. Within thirty days from the date of service of this order, petitioner shall file his application to proceed in forma pauperis; no further extensions will be granted; and

3. The Clerk of the Court is directed to provide petitioner with the form application to proceed in forma pauperis by a prisoner.

DATED: September 5, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
ball2527.ord8

2