IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN MARVIN BALLARD,

    Petitioner,               No. CIV S-07-2527 LKK DAD P

    vs.

UNITED STATES OF AMERICA,

    Respondent.            ORDER

_____/

      Petitioner, an inmate at the Sacramento County Main Jail, has filed a petition for a writ of error coram nobis. He also has filed an application to proceed in forma pauperis.

      Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

      Since petitioner may be entitled to relief if the claimed violation of constitutional rights is proved, respondent will be directed to file a response to petitioner's petition for a writ of error coram nobis.

/////

/////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's application to proceed in forma pauperis (Doc. No. 12), filed on September 19, 2008, is granted;

2. Respondent is directed to file a response to petitioner's petition for a writ of error coram nobis within sixty days from the date of this order. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition;

3. If the response to the petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer;

4. If the response to the petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondent's reply, if any, shall be filed and served within fifteen days thereafter; and

5. The Clerk of the Court shall serve a copy of this order, a copy of the petition for writ of error coram nobis, and a copy of the court's form regarding consent or request for reassignment on the United States Attorney or his authorized representative

DATED: October 7, 2008.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
ball2527.100