UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN MARVIN BALLARD,

        Plaintiff,

    v.

UNITED STATES OF AMERICA,

        Defendant.
                              /

NO. CIV. S-07-2527 LKK/DAD P

O R D E R

    Petitioner is proceedings *pro se* and has petitioned for a writ of coram nobis. Pending before the court is the petitioner's appeal from the magistrate judge's December 17, 2008 order denying him a court order to permit regular access to the jail's law library, to make unmonitored telephone calls for legal purposes, and for defense funds. The court construes this as a motion for reconsideration of the magistrate judge's order.

    Pursuant to Eastern District of California Local Rule 72-303(f) and 28 U.S.C. § 636(b)(1)(A), a magistrate judge's order shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear

1

that the magistrate judge's rulings were clearly erroneous or contrary to law.[1] The December 17, 2008 order is, therefore, affirmed.

Accordingly, plaintiff's request for reconsideration (docket no. 21) is DENIED.

IT IS SO ORDERED.

DATED: July 7, 2009.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] In his "appeal," the petitioner contends that he only sought an order stating that he is a *pro se* litigant, not granting him preferential access to the library. It appears, however, that there have been several orders issued in this case that identify petitioner as a *pro se* litigant. See Doc. Nos. 6, 9.

2