IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN MARVIN BALLARD,

    Petitioner,                       No. CIV S-07-2527 LKK DAD P

    vs.

UNITED STATES OF AMERICA,

    Respondent.                    ORDER

_____/

        Petitioner filed a petition for a writ of error coram nobis to challenge his 2001 conviction. The petition was dismissed and judgment entered on March 29, 2010. Petitioner filed an appeal which is pending before the U.S. Court of Appeals for the Ninth Circuit. On February 4, 2011, petitioner filed a letter requesting a court order which would direct the warden to remove his "restricted mail" status. Documents filed by petitioner since the closing date will be disregarded and no orders will issue in response to future filings.

        Accordingly, IT IS HEREBY ORDERED that petitioner's February 4, 2011 letter (Doc. No. 43) will be placed in the file and disregarded.

DATED: February 11, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
ball2527.158